1  SO. CAL. EQUAL ACCESS GROUP
2  Jason J. Kim (SBN 190246)
   Jason Yoon (SBN 306137)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 205-6560
   cm@SoCalEAG.com
5
   Attorneys for Plaintiff
6  KIMBERLY FRAZIER

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10  KIMBERLY FRAZIER,                        **Case No.: 2:25-cv-02048-AH (PVCx)**

11            Plaintiff,                      **NOTICE OF VOLUNTARY
                                             DISMISSAL OF ENTIRE ACTION
12       vs.                                 WITHOUT PREJUDICE**

13
14  JOENNA HERNANDEZ GARCIA D/B/A
    GELY JOEN BARBERSHOP &
15  BEAUTY SALON; KANDIS C.
    WILSON, AS TRUSTEE OF THE
16  KANDIS C. WILSON TRUST; and DOES
    1 to 10,
17
18            Defendants.
19

20

21       **PLEASE TAKE NOTICE** that KIMBERLY FRAZIER ("Plaintiff") pursuant to

22  Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire

23  action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which

24  provides in relevant part:

25       (a) **Voluntary Dismissal.**

26            (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

27                   and any applicable federal statute, the plaintiff may dismiss an action

28                   without a court order by filing:

                                            1
─────────────────────────────────────────────────────────────
**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

1

(i)    A notice of dismissal before the opposing party serves either an

2

answer or a motion for summary judgment.

3

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4

summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5

Court.

6

7

DATED:  June 24, 2025                **SO. CAL. EQUAL ACCESS GROUP**

8

9

10

By:    _/s/   Jason J. Kim_
　　　　　　Jason J. Kim, Esq.

11

　　　　　　Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**